**Jesus Mario SANCHEZ–SANCHEZ,
Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

No. 09–72041.

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2011.*

Filed March 22, 2011.

Nicholas W. Marchi, Carney & Marchi, PS, Seattle, WA, for Petitioner.

Margot Nadel, Trial, OIL, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Jesus Mario Sanchez–Sanchez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") decision denying his application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to continue and de novo claims of constitutional violations in immigration proceedings, *Sandoval–Luna v. Mukasey,* 526 F.3d 1243, 1246 (9th Cir. 2008) (per curiam), and we deny the petition for review.

The IJ did not abuse his discretion or violate due process in denying a continuance because Sanchez–Sanchez did not demonstrate good cause. *See* 8 C.F.R. § 1003.29 (an IJ may grant a motion for continuance for good cause shown); *Lata v. INS,* 204 F.3d 1241, 1246 (9th Cir.2000) (requiring error for a petitioner to prevail on a due process claim).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

